**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ariel PELIER, Defendant–Appellant.**

**No. 10–13629
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 23, 2011.

Anne R. Schultz, Roger Cruz, Wifredo A. Ferrer, U.S. Attorney, Karen E. Moore, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Ariel Pelier, Salters, SC, pro se.

Before EDMONDSON, BARKETT and FAY, Circuit Judges.

PER CURIAM:

J. Rafael Rodriguez, appointed counsel for Ariel Pelier, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pelier, in response, has filed a motion for appointment of new counsel. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Pelier's convictions and sentences are **AFFIRMED.**

---

1. Kennedy's request for oral argument is denied.

Pelier's motion for appointment of counsel is **DENIED** as moot.